UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWKI AHMAD SHARIF OMAR,<br><br>                              Petitioner,<br><br>        v.<br><br>MARKWAYN MULLIN, Secretary, U.S. Department of Homeland Security, 2801 Nebraska Avenue, NW Washington, DC 20528;<br><br>KASH PATEL, Director, Federal Bureau of Investigation, 935 Pennsylvania Avenue, NW, Washington, DC 20535;<br><br>DAVID CUMMINS, Administrator, Transportation Security Administration, 6595 Springfield Center Drive, Springfield, VA 22150;<br><br>STEVEN L. MCQUEEN, Director, FBI Threat Screening Center, 935 Pennsylvania Avenue, NW, Washington, DC 20535;<br><br>MARCO RUBIO, Secretary, U.S. Department of State, 2201 C Street, NW, Washington, DC 20520;<br><br>TODD BLANCHE, Acting Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC 20530,<br><br>                              Respondents. | CERTIFICATE OF<br><br>CONFERENCE<br><br>Case No.: 26-cv-2315 |

1

CERTIFICATE OF CONFERENCE
(Pursuant to LCvR 65.1(a) and LCvR 7(m))

I, Curtis F.J. Doebbler, counsel for Petitioner in the above-captioned matter, hereby certify as follows:

1. On June 30, 2026, at approximately 8:30 a.m. and 9:25 a.m. EST, I called the U.S. Department of Justice at telephone number (202) 514-2000 and received a recorded message that referred me to https://www.justice.gov/component-contact-information.This website did not provide me another telephone number but instead offered a contact sheet and the email Civil.feedback@usdoj.gov.

2. On June 30, 2026, at approximately 9:20 a.m. EST, I called the U.S. Attorney for the District of Columbia at telephone number (202) 252-7566 and received a recorded message asking me to leave a message, which I did explaining I was calling in reference to a motion for a temporary restraining order and left my email and telephone number.

3. On June 30, 2026, at approximately 9:28 a.m. EST, I called the Department of Homeland Security general telephone number at (202) 282-8000and spoke to a call center employee who transferred my call to the DHS Office of General Counsel and provided me the telephone number (202) 225-9700. I was not able to reach anyone but left a message with my email address and telephone number. At 9:55 a.m. EST, I called the number that had been provided to me, but it was the number of the Office of General Counsel to the U.S. House of Representatives.

4. On June 30, 2026, at approximately 9:35 a.m. EST, I called the Federal Bureau of Investigation at telephone number at (202) 324-3000 and after holding for about five minutes' I spoke with an agent who did not provide his name. I informed the agent that I was calling to confer about a TRO I was filing in which the FBI is named as a Respondent and concerned the placing of a U.S. citizen on a No Fly List that has subjected the U.S. I was transferred to the Washington D.C. Bureau office. After listening to a message system, I choose "0" for all other matters and spoke with a representative who took my name and to whom I explained I was calling to confer on a TRO he said he would transfer me. He came back on the line and said he could not find anyone and asked me to send a message to the general email wfomail@fbi.gov that he would forward to the appropriate person.

5. On June 30, 2026, at approximately 10:02 a.m. EST, I called the Department of State at telephone number at (202) 647-4000 and let it ring until the line stopped ringing. No one answered.

6. As a result of not being able to reach any telephone contacts I emailed my request to confer on a Motion for an Emergency Temporary Restraining Order TRO to be filed in the United States Court for the District of Columbia today, providing my telephone

number and email address and offering to provide a copy of the Motion to the following email addresses: civil.feedback@usdoj.gov, wfomail@fbi.gov, Secretary@state.gov, wellsym@state.gov, EEO-ADR-ICE@ice.dhs.gov (Exhibit A).

7. Despite my good-faith efforts, I was unable to confer with counsel for Respondents before filing this motion. I will make further efforts to confer and will supplement this certificate if a response is received.

8. This motion is filed on an emergency basis because Petitioner is currently detained in a deportation center in Gaziantep, Türkiye, and faces imminent deportation to an unknown destination where he faces a real risk of torture. Any delay in seeking relief would result in irreparable harm to Petitioner.

9. Having made a good faith effort to confer without success, pursuant to Local Rule 7(m), Petitioner invokes the emergency exception because Petitioner has been disappeared and faces imminent deportation and there was insufficient time to secure a response from Respondents before seeking emergency relief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Dr. Curtis F.J. Doebbler/s/          .
Dr. Curtis F.J. Doebbler, D.C. Bar No. 481243
DoebblerLaw – The Law Office of Dr Curtis FJ Doebbler
5900 Balcones Drive, 23468
Austin, TX 78731 USA
Email: cdoebbler@gmail.com
Attorney for Petitioner Shawki Ahmad Sharif Omar


Dated: July 1, 2026

3

CERTIFICATE OF SERVICE

I hereby certify that on 1 July 2026, a true and correct copy of the Certificate of Conference was served upon all Respondents via the CM/ECF.


/s/Curtis Doebbler/s/_____
Curtis F.J. Doebbler