Gmail                    **The Law Office of Dr Curtis FJ Doebbler <cdoebbler@gmail.com>**

---

## Confernce Requirement on Temporary Restraining Order

---

**The Law Office of Dr Curtis FJ Doebbler** <cdoebbler@gmail.com>                    Tue, Jun 30, 2026 at 5:02 PM
To: civil.feedback@usdoj.gov, wfomail@fbi.gov, Secretary@state.gov, wellsym@state.gov, EEO-ADR-ICE@ice.dhs.gov

Dear Ladies and Gentlemen,

The following Respondents have been named in a Motion for an Emergency Temporary Restrainint Order and Preliminary Injunction. I am trying to contact you to fulfill the conference requirements and to solicit whether you oppose or join the motion. I have attempted to call your offices without success, although in some cases an email was provided or found online.

I can be reached by email at human_rights_lawyer@writeme.com or cdoebbler@gmail.com or by telephone at +41-79-304-4654.

If you provide me an email address, I will provide a copy of the Motion for an Emergency Temporary Restrainint Order and Preliminary Injunction.

Details concerning this matter can be obtained from Ms Yvonne Wells at Wellsym@state.gov.

Please be kind enough to urgently contact me, as this motion concerns a situation where an American citizen's life or well-being may be at risk.

Thank you for your understanding and cooperation.

Respectful regards,
Curtis F.J. Doebbler


The Law Office of Dr Curtis FJ Doebbler
4 rue Cramer
Geneva, Switzerland 1202
Email: human_rights_lawyer@writeme.com
Tel: +1-202-768-7062

and

The Law Office of Dr Curtis FJ Doebbler
159 West Drexel Avenue
San Antonio, TX 78210 USA
Te11: +1-210-780-0054
Tel2: +1-210-617-3014
Email: cdoebbler@gmail.com

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

*The sender has requested a read receipt. If you do not wish to provide one, click here.*