Declaration of Ahmed Omar

I, Ahmed Omar, declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge and belief.

1. I am a citizen of the United States of America. I was born on December 5th 1983, in Brainerd Minnesota.
2. I am the son of Shawki Ahmad Omar.
3. On July 1, 2026, having been notified that my father was to fly from Istanbul directly to Washington, D.C. in the United States, I called Turkish airlines at telephone number +18008748875 and spoke to the Turkish airlines customer service representative, who told me that Shawki Omar did not board the plane at Istanbul airport.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Subscribed by the undersigned this 1st day of July, 2026, in Amman, Jordan as true under penalty of perjury.

_____
Ahmed Omar