Declaration of Curtis Doebbler

I, Curtis Doebbler, declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge and belief.

1.  I am an attorney licensed to practice law in the District of Columbia in the United States.
2.  I am the attorney of Mr. Shawki Ahmad Omar.
3.  The following information supplements my Declaration of June 25, 2026.
4.  On June 29, 2026, at 16:32 CET, I received an email from Consul Timothy Bugansky at the U.S. Consulate in Adana, Türkiye stating that "individuals being detained at deportation facilities in Türkiye are sometimes given the option to self-fund their deportation," but no further information about Mr. Omar.
5.  On June 30, 2026, at 15:21, I received an email from Consul Timothy Bugansky at the U.S. Consulate in Adana, Türkiye stating that

    > [t]he U.S. Embassy in Ankara received an e-mail from the Turkish Ministry of Foreign Affairs indicating that Mr. Omar would be departing from Istanbul Airport to Washington, DC, at 15:50 on July 1, 2026, via Turkish Airlines flight TK7.
    > However, please note that such travel plans are not in accordance with the guidance we previously provided to you (and conveyed again in our e-mail yesterday). In its recent communication with us, the Turkish government did not provide Mr. Omar's current location or information about reasons for his detention. The communication only noted that Mr. Omar's "procedures have been completed."

6.  On June 30, 2026, at approximately 17:40 CET, Mr. Omar called me. He sounded very tense and we spoke very briefly. He said that "they are trying to send me to Jordan, but I have told them I want to go only to the United States." I reassured him that was his right, but before I could discuss any other matter with him the call was ended.

This declaration is subscribed to as true and correct to the best of my knowledge, under penalty of perjury.

_____          Date: 1 July 2026; 2342 CET.
Curtis Doebbler